# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ADREINA VARGAS URENA, *an individual Doing business as H Bros Ag Solutions*, et al.,<br><br>Defendants. | Case No. 1:25-cv-00956-SAB<br><br>ORDER RE STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 13) |

Before the Court is the parties' stipulation to extend the time in which Defendants may answer the complaint. For good cause shown, the Court hereby approves the stipulation and ORDERS that Defendants shall have through October 1, 2025, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated: **September 3, 2025**

STANLEY A. BOONE
United States Magistrate Judge