# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, | Case No. 1:25-cv-00956-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS |
| v. | (ECF No. 29) |
| ADRENIA VARGAS URENA, et al., | **MAY 15, 2026 DEADLINE** |
| Defendants. | |

On March 5, 2026, the parties filed a notice of settlement, informing the Court that a settlement has been reached, and that it is estimated that Defendants will fully perform their duties on or around May 1, 2026.  (ECF No. 29.)

Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED.  Plaintiff shall file, or ensure the filing of, dispositional documents not later than **May 15, 2026**.[1]  Any request for an extension shall be supported by good cause.  L.R. 160(b).

IT IS SO ORDERED.

Dated:   **March 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The parties have requested that the Court retain jurisdiction over this case until the parties perform their duties as required under the settlement agreement.  However, based on the notice, it appears that the parties seek to have the Court keep this case open through the filing of dispositional documents.  Because the Court, as a matter of course, keeps cases open until the filing of dispositional documents, the Court denies this request at this time.  Should the parties require that the Court retain jurisdiction following the filing of dispositional documents, they may move for such relief concurrently with the filing of the dispositional documents (and should include legal and/or factual basis).